1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

12    DAVID ANDERSON,                                 Case No.  1:16-cv-01629-DAD-SKO

13              Plaintiff,                            **ORDER TO SHOW CAUSE WHY**
                                                      **THIS CASE SHOULD NOT BE**
14         v.                                         **RECOMMENDED FOR DISMISSAL**

15    COUNTY OF MADERA, ET AL.,

16              Defendants.

17    _____/

18

19         On July 24, 2017, Plaintiff, proceeding pro se, filed a request that the Court effectuate

20    service upon Defendants.  (Doc. 10.)  By its order entered on August 2, 2017, the Court advised

21    Plaintiff that he, not the Court, "is responsible for having the summons and complaint served

22    within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who

23    makes service," Fed. R. Civ. P. 4(c)(1), and ordered him to file proof of service of the amended

24    complaint on Defendants by September 19, 2017.  (Doc. 11.)  Plaintiff failed to file proofs of

25    service on Defendants by September 19, 2017.  (*See* Docket.)

26         **Accordingly, the Court ORDERS that, by no later than November 6, 2017, Plaintiff**

27    **shall file his proofs of service or a statement showing cause why the Court should not**

28    **recommend to the presiding district court judge that this action be dismissed.**  The Court

further CAUTIONS Plaintiff that, if he fails to file the proofs of service or statement by November 6, 2017, the Court will recommend to the presiding district court judge that this action be dismissed, in its entirety.

In order to permit time for Plaintiff to comply with this Order, the scheduling conference currently set for October 31, 2017, is **VACATED and RESET for December 19, 2017, at 11:00 a.m.**

The Court DIRECTS the Clerk to send a copy of this order to Plaintiff at his address listed on the docket for this matter.

IT IS SO ORDERED.

Dated:   __**October 16, 2017**__                    _____/s/ *Sheila K. Oberto*_____
                                                                        UNITED STATES MAGISTRATE JUDGE